CRAIG CARPENITO
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9582
Facsmile: (212) 922-3882
craig.carpenito@alston.com

KRISTINE MCALISTER BROWN
(Admitted *Pro Hac Vice*)
ELIZABETH BROADWAY BROWN
(Admitted *Pro Hac Vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777
kristy.brown@alston.com
liz.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEAN BOONE, individually, and on Behalf of all Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 2:17-CV-00378<br><br>[ORAL ARGUMENT REQUESTED PURSUANT TO LOCAL RULE 78.1] |

## NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT

TO: PLAINTIFF DEANE BOONE AND HIS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that on July 17, 2017, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Kevin McNulty, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, Defendant T-Mobile USA,

1

Inc. ("Defendant" or "T-Mobile") will move this Court for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing Plaintiff Dean Boone's Amended Class Action Complaint. This Motion is made on the following grounds:

1. Plaintiff lacks standing to assert his Fair Credit Reporting Act (FCRA) claims and his New Jersey Fair Credit Reporting Act (New Jersey FCRA) claim.

2. Plaintiff has not alleged facts sufficient to constitute a claim for relief against T-Mobile for violation of the FCRA or the New Jersey FCRA.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion to Dismiss, T-Mobile will rely on the accompanying Memorandum of Law in Support. A Proposed Order is included with this Motion.

Respectfully submitted this 14th day of April, 2017.

*/s/ Craig Carpenito*

_____
CRAIG CARPENITO
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9582
Facsmile: (212) 922-3882
craig.carpenito@alston.com

KRISTINE MCALISTER BROWN
(Admitted *Pro Hac Vice*)
ELIZABETH BROADWAY BROWN
(Admitted *Pro Hac Vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777
kristy.brown@alston.com
liz.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*