IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| DEAN BOONE, individually, and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>DEFENDANT. | :<br>:<br>:<br>:  Civil Action No. 2:17-cv-00378<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND NOTICE OF CROSS-MOTION FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on September 18, 2017, or as soon thereafter as the matter may be heard, Plaintiff, Dean Boone, individually, and on behalf of all others similarly situated, by and through his undersigned counsel, will oppose Defendant T-Mobile's Motion to Dismiss the Second Amended Complaint and respectfully move this Court pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file a Third Amended Complaint, a copy of which is attached hereto as Exhibit "1."

The basis for this Motion as well as Plaintiff's opposition to Defendant's Motion to Dismiss is more fully set forth in the accompanying Memorandum of Law.

Respectfully submitted,

**THE KIM LAW FIRM, LLC**

BY:   */s/ Richard H. Kim*
Richard Kim, Esquire
Drucilla Tigner, Esquire
Attorney I.D. Nos.: 010412005/155772016

        1500 Market St.
Centre Square – West Tower
Suite W-3110
Philadelphia, PA 19102
Ph. 855-996-6342/Fax 855-235-5855
rkim@thekimlawfirmllc.com
dtigner@thekimlawfirmllc.com

PROFY PROMISLOFF & CIARLANTO, P.C.
JOSEPH M. PROFY (ID# 013941995)
JEFFREY J. CIARLANTO (ID# 028762007)
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Tel: (215) 259-5156
Fax: (215) 600-2642
profy@prolawpa.com
ciarlanto@prolawpa.com

FERRARA LAW GROUP, P.C.
Kevin J. Kotch, Esquire
Attorney ID No. 050341993
50 West State Street, Suite 1100
Trenton, NJ 08608
Ph. 609-57103742/Fax 609-498-7440
kevin@ferraralawgp.com

*Attorneys for Plaintiff Dean Boone*

Dated: August 23, 2017