# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| DEAN BOONE, individually, and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>DEFENDANT. | Civil Action No. 2:17-cv-00378 |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Plaintiff Dean Boone's Motion for Leave to File a Third Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure, and any response thereto, it is hereby ORDERED that Plaintiff's Motion is granted and that Plaintiff may file a Third Amended Complaint upon the entering of this order. It is further ORDERED that Defendant's Motion to Dismiss the Second Amended Complaint (ECF no. 33) is denied.

BY THE COURT:

_____
J.