UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DEAN BOONE, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

T-MOBILE USA INC.,

    Defendant.

Civ. No. 17-378-KM-MAH

**ORDER**

**THIS MATTER** having come before the Court on defendant T-Mobile USA Inc.'s motion to dismiss the second amended class action complaint (ECF No. 33); and that motion having been opposed by plaintiff Dean Boone (ECF No. 36); and plaintiff Dean Boone having filed a motion to file a third amended class action complaint (ECF no. 36); and that motion having been opposed by defendant T-Mobile USA Inc. (ECF No. 39); and the Court having considered the moving, opposition, and reply papers (ECF Nos. 33, 36, 39) without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 26th day of January, 2018,

**ORDERED** as follows:

1. Defendant T-Mobile USA Inc.'s motion to dismiss the second amended class action complaint (ECF No. 33) is **DENIED**.
2. Plaintiff Dean Boone's motion to submit a third amended class action complaint (ECF No. 36) is **GRANTED**.

*/s/ Kevin McNulty*
**KEVIN MCNULTY**
**United States District Judge**