IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| DEAN BOONE, individually, and on behalf of all others similarly situated, <br><br> PLAINTIFF, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> DEFENDANT. | Civil Action No. 2:17-cv-00378 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate that Plaintiff's claims against Defendant T-Mobile USA, Inc. ("T-Mobile") shall be DISMISSED WITH PREJUDICE, with the parties to be responsible for their costs and fees in this action to date.

For Plaintiff Dean Boone:

/s/ Richard Kim
Richard Kim
1500 Market Street
Centre Square - West Tower
Suite W-3110
Philadelphia, PA 19102
T: 855-996-6342
F: 855-235-5855
rkim@thekimlawfirmllc.com

For Defendant T-Mobile USA, Inc.:

/s/ Jenny Kramer
Jenny Kramer
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Phone: (212) 210-9420
Fax: (212) 210-9444
Jenny.Kramer@alston.com

Kristine McAlister Brown (Admitted Pro Hac Vice)
Elizabeth Broadway Brown (Admitted Pro Hac Vice)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

SO ORDERED

_____
Kevin McNulty, U.S.D.J.

Date: 7/24/2018